**Frances REED, Plaintiff/Appellant,**

v.

**FAMOUS BARR, et al.,
Defendants/Respondents.**

No. 66115.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 14, 1995.

Nick D. Vasileff, Madison IL, for appellant.

John Gerard Enright, St. Louis, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Plaintiff brought an action after slipping and falling in defendants' store. Plaintiff appeals the verdict of the jury, which found defendants 0% at fault. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 84.16(b).